377 A.2d 999

L and W Demolition Company, Inc. v. Rockwood
Insurance Co., Appellant.

Argued June 21, 1977.   David C. Eaton, with him W. E.
Shissler, for appellant;  David E. Lehman, with him McNees,
Wallace & Nurick, for appellee.

Judgment affirmed;  petition for reargument denied October 6, 1977.

377 A.2d 999

Lee, Appellant, v. Kavitsky et al.

Young et al., Appellants, v. Kavitsky et al.

Argued June 20, 1977.   Gustine J.
Pelagatti, submitted a brief for appellants;  John R. Padova,
with him Solo & Padova, for appellee.

Judgments affirmed.